IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER GOODVINE,

                                Plaintiff,

                                  ORDER

                                06-C-491-bbc

    v.

CAPTAIN JOHNSON,
LT. SCHOENBERG,
LT. STRUPP,
T. BITTLEMAN,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Inadvertently, I stated in the paragraph numbered 7 on page 32 of the September 15, 2008 order entered in this case that defendant Strupp was among those defendants who were being dismissed from the case. As is clear from paragraph 3 of the order, I denied defendants' motion for summary judgment with respect to Strupp and defendants Johnson, Schoenberg and Bittleman. Therefore, IT IS ORDERED that the order entered herein on September 15, 2008 is AMENDED to delete the name Strupp from paragraph number 7 on

1

page 32. In all other respects, the order remains the same.

Entered this 17th day of September, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2