IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER GOODVINE,

              Plaintiff,

    v.

TRAVIS BITTELMAN, THOMAS
SCHOENBERG, TODD STRUPP and
MARK JOHNSON,

              Defendants.

ORDER

06-cv-491-bbc

---

    Now before me is plaintiff's motion to compel the production of his social services file, dkt. # 126. I will also address plaintiff's January 23, 2009 letter, dkt. # 138, and a notice filed by defendant's counsel of a February 9, 2009 telephonic conference with plaintiff, dkt. #143.

    In plaintiff's motion to compel, he is seeking access to his social services file at the institution for 10 to 15 minutes in order that he may copy documents to use at trial. This is a reasonable request and I will ask defendant's counsel to facilitate plaintiff's request. At this point, an order to compel defendant to produce the file for copying is not necessary because the request has not been denied. Therefore, I will deny plaintiff's motion to compel at this time.

    In his January 23 letter, plaintiff asks that the court expedite his pending motions and require the defendant's counsel to confer with him telephonically concerning a pretrial statement. Plaintiff's motions have been decided. Moreover, defendant's counsel has advise plaintiff and the court that she will confer with him telephonically on February 9, 2009.

Finally, I would note that plaintiff's motion for leave to file a reply with incorporated reply brief, dkt. 116, will be granted because I considered the reply brief in deciding plaintiff's earlier motions to compel.

ORDER

IT IS ORDERED that

1. Plaintiff's motion to compel production of his social services file, dkt. #126, is DENIED at this time.

2. Plaintiff's motion for leave to file a reply, dkt. #116, is GRANTED.

Entered this 30th day of January, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge