IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPER GOODVINE,

                Plaintiff,        JUDGMENT IN A CIVIL CASE

v.                                    Case No. 06-cv-491-bbc

CAPTAIN JOHNSON,
LT. SCHOENBERG,
LT. STRUPP and
T. BITTLEMAN,

                Defendants.

This case came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered dismissing this case against all defendants with prejudice.

Approved as to form this __24th__ day of February, 2009.

_Barbara B. Crabb_
Barbara B. Crabb, District Judge

by: _____, Chief Deputy Clerk    2/25/09
Peter Oppeneer, Clerk of Court               Date